UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TINA MANSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:19-CV-03100-JAR |
| | ) | |
| ST. FRANCOIS COUNTY, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

At the request of the parties,

**IT IS HEREBY ORDERED** that a telephone status conference is set for **Monday, March 8, 2021 at 4:00 p.m., central standard time.** The parties are directed to call the conference line toll free at **1-877-810-9415**.  **The access code to enter the telephone conference is: 7519116**.

Dated this 8th day of March, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE