UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TINA MANSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:19-CV-03100-JAR |
| | ) |
| ST. FRANCOIS COUNTY, MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

After conference with counsel, the Court will lift the stay originally entered on July 9, 2021 to a limited extent. The parties may schedule mediation and engage in limited discovery as agreed upon by counsel.

**IT IS HEREBY ORDERED** that the stay originally entered in this case on July 9, 2021, is **HEREBY LIFTED** as set forth above.

**IT IS FURTHER ORDERED** that this case is set for a status conference on **February 22, 2022 at 10:00 am.** The parties are directed to call the conference line toll free at **1-877-810-9415**. **The access code to enter the telephone conference is: 7519116**.

Dated this 19th day of October, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE