UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TINA MANSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:19-cv-03100-JAR |
| | ) | |
| ST. FRANCOIS COUNTY, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

At the request of the parties,

**IT IS HEREBY ORDERED** that a telephone status conference is set for **Thursday, February 24 at 10:30 am.** The parties are directed to call the conference line toll free at **1-877-810-9415**.  The access code to enter the telephone conference is: **7519116**.

Dated this 22nd day of February, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE