UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TINA MANSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:19-cv-03100-JAR |
| | ) | |
| ST. FRANCOIS COUNTY, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

Following telephone conference with the parties and an update on the status of the case,

**IT IS HEREBY ORDERED** that the parties shall submit a Joint Proposed Scheduling Plan by **April 18, 2022**.

Dated this 11th day of April, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE