UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TINA MANSER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:19-cv-03100-JAR |
| ST. FRANCOIS COUNTY, MISSOURI, et al., | ) ) ) |
| Defendants. | ) |

# **MEMORANDUM AND ORDER**

This matter is before the Court on Donald Wayne Gregory's motion to substitute parties and for leave to amend petition. (Doc. No. 30). This lawsuit was initially filed by Gregory's mother, Tina Manser. After initiating this lawsuit, Manser passed away. Gregory asks the Court to appoint him Plaintiff Ad Litem and substitute him for the purpose of pursuing this action on behalf of Manser.

**IT IS HEREBY ORDERED** that Defendants shall file any objection to Gregory's motion by **July 20, 2022**.

Dated this 15th day of July, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE