UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TINA MANSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:19-cv-03100-JAR |
| | ) |
| ST. FRANCOIS COUNTY, MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

This matter is before the Court on Donald Wayne Gregory's motion to substitute parties and for leave to amend petition. (Doc. No. 30). This lawsuit was initially filed by Gregory's mother, Tina Manser. After initiating this lawsuit, Manser passed away. Gregory asks the Court to appoint him Plaintiff Ad Litem and substitute him for the purpose of pursuing this action on behalf of Manser. The Court ordered Defendants to file any objection by July 20, 2022. Defendants filed no response and the time to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that Gregory's Motion to Substitute Parties and For Leave to Amend Petition [30] is **GRANTED**. The Clerk is directed to substitute Gregory for Plaintiff Tina Manser as Plaintiff Ad Litem.

Dated this 21st day of July, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE